IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANDRA GROUP, LP<br>*Plaintiff* | § § § § § § § § | CIVIL ACTION NO: 5:24-cv-00084 |
| v. | | JURY TRIAL DEMANDED |
| PENNEY OPCO LLC<br>*Defendant* | | |

# ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice. Docket No. 29. In the joint stipulation, the parties stipulate "to the dismissal of all claims in this action WITH PREJUDICE. Pursuant to the negotiated settlement agreement between the parties, each party agrees to bear their own legal fees and costs." *Id.* Having considered the stipulation, and because it is joint, it is **ACCEPTED**. Accordingly, it is

**ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 18th day of October, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE